**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**ELECTRONICALLY FILED**
August 20, 2008

Jeffrey S. Nowak, Esquire
1200 Laurel Oak Road
Suite 104
Voorhees, NJ 08043

    Re: **Mammucari V. T-Mobile USA, Inc. et al**
          **Civil No. 08-2371 (JHR)**

Dear Mr. Nowak:

    The Court received your Motion to Appoint Expert. In connection with the motion, I ask you to address the issue of whether a state court must decide if plaintiff is competent and if a guardian should be appointed. You are ORDERED to serve a supplemental brief addressing this issue by September 8, 2008.

                              Very truly yours,

                              *s/ Joel Schneider*

                              JOEL SCHNEIDER
                              United States Magistrate Judge

JS:jk
cc:  Hon. Joseph H. Rodriguez
      All Counsel