**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

**ELECTRONICALLY FILED**
October 16, 2008

Jeffrey S. Nowak, Esquire
1200 Laurel Oak Road
Suite 104
Voorhees, NJ 08043

       Re:  **Mammucari v. T-Mobile, et al.**
           **Civil Action No. 07-2371 (JHR)**

Dear Mr. Nowak:

    In response to your October 14, 2008 letter [Doc. No. 39], it is the Court's view that counsel, not the Court, should decide whether to proceed with the scheduled mediation.

                                    Very truly yours,

                                    *s/ Joel Schneider*

                                    JOEL SCHNEIDER
                                    United States Magistrate Judge

JS:jk
cc:  Hon. Joseph H. Rodriguez
     All Counsel